UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| KELLY JANE RANKIN,<br><br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent | Civ. No. 98-1846(PG)<br>(Cr. No. 94-326(PG)) |

### JUDGMENT

The Court having entered an order approving and adopting the magistrate judge's report and recommendation, and having dismissed petitioner's § 2255 petition, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

San Juan, Puerto Rico, December 2, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge